IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 8:21 CR 181 |
| Plaintiff, | ) | |
| | ) | **OBJECTION TO PRESENTENCE** |
| vs. | ) | **INVESTIGATION REPORT AND** |
| | ) | **DEFENDANT'S POSITION** |
| FIDEL CARDENAS-ALVAREZ, | ) | **REGARDING SENTENCING** |
| Defendant. | ) | |

The Defendant, Fidel Cardenas-Alvarez, by and through his attorney of record Thomas Campbell, files his objection to the Presentence Investigation Report and submits his position regarding sentencing. Mr. Cardenas will not be offering additional evidence or oral testimony at sentencing to support his position.

## INTRODUCTION AND BACKGROUND

Unless continuance is granted, the Defendant will appear on November 18, 2022, before this Court for sentencing after pleading guilty to counts I-III of the indictment. Count I charged him with conspiracy to distribute 50 grams or more of actual methamphetamine, in violation of Title 21, United States Code, § 846 and § 841(a)(1)(B). Counts II charged him with use of a communication facility in conspiracy of distribution of actual methamphetamine in violation of Title 21, United States Code, § 843(b) and § 843(d). Count 3 charged him with possession with intent to distribute actual

methamphetamine, in violation of Title 21, United States Code, § 841(a)(1) and § 841(b)(1)(A). At sentencing, Mr. Cardenas will respectfully request that the Court sentence him to a term of imprisonment of no more than 121-151 months

Such a sentence is "sufficient, but not greater than necessary," to fulfill the purposes of sentencing. 18 U.S.C. §3553(a). At Sentencing the Mr. Cardenas will argue for a sentence that considers his actual involvement as one of the lower players involved. That he satisfies the criteria found in USSG § 2D1.1(b). Mr. Cardenas will also ask the court to consider the facts of no previous convictions, family here in the United States. No violence in the present matter. Further, the Defendant will ask the court to consider the fact that although being punished; a sentence of 168 months does not deter further individuals from buying or selling methamphetamine.

## I. Objections to the Presentence Investigation Report

After the initial version was delivered to the Defendant, he objected. The objection was due to the fact that Defendant satisfied all the criteria found at USSG § 2D1.1(b). See ¶ 40. If this Court agrees with Defendant. His new base offense level would be lowered to a 33, and there would be no ten-year minimum. Defendant's new sentencing range would be a 135-168. The difference is significant while also not disrespectful to the the government. 168 being the low and high end of levels 35 and 33 respectively.

Counsel for Defendant believes that he is not deserving of such a high sentence. When the Court considers his entire record, the lack of violence used, lack of actual deterrence, sufficient but not greater than necessary punishment. The argument can be made for a sentencing lower than a range of 168-210.

## II. Defendants Position Regarding Sentencing

As stated supra, Mr. Cardenas position is that he will be punished for his actions but that he should not be punished in excess beyond necessary. Mr. Cardenas has no convictions. Mr. Cardenas is not a violent person and has no crimes of violence, or other assaults against a person. Mr. Cardenas has a wife and children who will effectively not have a father while growing up.

The Defendant is not deserving of such a harsh sentence. He may meet the statutory requirements for a sentence of at least 135 months, but that does not mean he should be sentenced as such. This court has the legally authority to impose a sentence it deems fit to fulfill the purposes of sentencing. 18 U.S.C. §3553(a). Mr. Cardenas is humbly requesting a sentence of no more than 121 months. A decade of time as a sentence, will is "sufficient, but not greater than necessary," as contemplated by the code.

## III. Conclusion

For the reasons set forth above, the Mr. Cardenas respectfully objects to the Presentence Investigation Report and requests a sentence of no more than 121 months. Such a sentence is "sufficient, but not greater than necessary," to fulfill the purposes of sentencing. 18 U.S.C. §3553(a).

Respectfully Submitted,

By: /s/ Thomas Campbell

Thomas Campbell # 24711
TLN LAW LLC
5114 S. 24th St.
Omaha, NE 68107
P. 402.614.9995

*Attorney for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed this document using the Court's electronic ECF system, which sent an electronic copy of the foregoing to all attorneys of record in the case:

US Attorney's Office
1620 Dodge St. #1400
Omaha, NE 68102

/s/Thomas Campbell
Thomas Campbell