IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES,<br>Plaintiff,<br><br>vs.<br><br>FIDEL CARDENAS-ALVAREZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:21 CR 181<br><br>**MOTION FOR DOWNWARD DEPARTURE, VARIANCE, AND FOR A NON-GUIDELINE SENTENCE** |

**COMES NOW**, Defendant, by and through his attorney, Thomas Campbell and hereby moves the Court for a downward departure and a variance pursuant to (a) 18 U.S.C. § 3553(a); and (b) due to circumstances in this case not contemplated or adequately accounted for in the sentencing guidelines.

**WHEREFORE**, Defendant moves this court for a downward departure, variance, and for a non-guideline sentence.

Respectfully Submitted,

By: /s/ Thomas Campbell

Thomas Campbell # 24711
TLN LAW LLC
4808 S. 24th ST
Omaha, NE 68107
Ph: 402.614.9995
Fx: 402.614.3677

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed this document using the Court's electronic ECF system which sent an electronic copy of the foregoing to all attorneys of record in the case:

Assistant U.S. Attorney
1620 Dodge St, #1400
Omaha, NE 68102

/s/ Thomas Campbell 11/10/22
Thomas Campbell Date