IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>FIDEL CARDENAS-ALVAREZ,<br><br>Defendant. | 8:21CR181 |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through Martin J. Conboy, IV, Assistant United States Attorney, respectfully submits this memorandum in aid of sentencing defendant Fidel Cardenas-Alvarez.

On June 17, 2021, the defendant was charged in three counts—(1) conspiracy to possess with intent to distribute and distribute 50 grams or more of methamphetamine (actual) in violation of Title 21, United States Code, Section 846; (2) use of a communication facility causing and facilitating the commission of a felony, in violation of Title 21, United States Code, Section 843(b); and (3) possession with intent to distribute 50 grams or more of methamphetamine (actual) in violation of Title 21, United States Code, Section 841(a)(1). (Doc. #1) On August 24, 2022, the defendant appeared before Chief Judge Rossiter Jr. for a Change of Plea hearing. (Doc. #94) The defendant entered a plea of guilty to Counts I, II and III of the Indictment without a plea agreement. Sentencing is scheduled for November 18, 2022.

As calculated by the United States Probation Office, the defendant's applicable Total Offense Level is 35, and Criminal History Category is I, resulting in an advisory guideline range of 168- and 210-months' imprisonment. (Presentence Investigation Report (PSR) ¶ 74.)

The United States recommends a sentence of 168 months imprisonment on Counts I and III, and 48 months on Count II, to be served concurrent to Counts I and III, followed by a five-year term of supervised release on Counts I and III, and one year on Count II.

The United States adopts the PSR. Defendant has filed both an objection to the PSR (DCD # 116) and a Motion for a Downward Departure/Variance (DCD # 117). As it relates to Defendant's objection to the PSR, the United States anticipates having one witness present at sentencing to provide testimony if necessary. The Court has ½ hour set aside for sentencing, and that time should be sufficient for the witness to testify. As for Defendant's motion, no specific basis for a departure or variance is listed. Should the motion be supported via argument/allocution, that should not impact the time set aside.

**I. Defendant's Objection to the PSR**

Defendant has objected to ¶ 40 of the PSR. Prior to sentencing, Defendant met with representatives of the government for the purpose of completing the fifth prong of USSG § 5C1.2. Following the interview, the United States determined that Defendant was not truthful. As such, the United States opposes any reduction under USSG § 2D1.1(b)(18). This issue will be resolved at sentencing. The United States intends to present evidence of the Defendant's untruthfulness, if necessary.

**II. Defendant' Motion for Departure/Variance**

Defendant has filed a motion for a departure and variance pursuant to 18 U.S.C. § 3553(a).

There is no specific basis listed for the motion other than the 18 U.S.C. § 3553(a). The United States formally objects to the motion. Because there is no specific basis for the motion, the United States requests that the United States' Memorandum in Aid of Sentencing, in whole, be considered as its response to the motion.

## III. Facts and Circumstances of the Offense

Defendant Cardenas-Alvarez was intercepted on a Title III wiretap investigation into a drug trafficking organization operating in the Omaha, Nebraska area. Starting in December 2020, investigators learned that the defendant was communicating with members of a drug trafficking organization on a regular basis. One such example was on February 12, 2021, when the defendant was intercepted communicating with co-defendant Tomas Lorenzo-Cruz. On February 12, 2021, the defendant and Lorenzo-Cruz discussed what appeared to be the coordinated pick up of methamphetamine by Lorenzo-Cruz from the defendant. Surveillance of an apartment, determined to be a stash house showed the defendant arriving at the apartment complex. Later that day, Lorenzo-Cruz arrived and parked in the parking lot of the building. The defendant was then seen walking to Lorenzo-Cruz's car where an brief exchange occurred before the two parted ways. Agents believe this meeting between the defendant and Lorenzo-Cruz was a hand off of methamphetamine.

On February 24, 2021, a search warrant was executed on the suspected stash house. Agents recovered approximately 21.14 pounds of methamphetamine. They also recovered an in-transit tag for a vehicle originally placed in Rosa A. Morfin's name. Agents would later learn that Morfin identified the defendant as a significant drug trafficker in Omaha, and was sent to Omaha on a

previous occasion to provide a car to the defendant that contained a trap, or a secret storage compartment to hide drugs.

The facts and circumstances in this case justify a total sentence of 168 months incarceration.

### IV. History and Characteristics of the Defendant

The defendant's history and characteristics weigh in favor of a sentence of 168 months.

### V. An Appropriate Sentence

An appropriate sentence takes into account the seriousness of the crime committed by the defendant, promotes respect of the law, affords adequate deterrence, and protects the public from further crimes of the defendant. These are the relevant factors that Court considers when imposing a sentence.

Overall, a 168-month sentence is not greater than necessary a punishment for this defendant.

**VI. Sentence Recommendation**

Based on all of the above reasons, the United States recommends a sentence of 168 months imprisonment on Counts I and III, and 48 months on Count II, to be served concurrent to Counts I and III, followed by a five-year term of supervised release on Counts I and III, and one year on Count II and a $100 mandatory special assessment for each count, totaling $300.

UNITED STATES OF AMERICA
Plaintiff

STEVEN A. RUSSELL
Acting United States Attorney

By: s/ Martin J. Conboy, IV
MARTIN J. CONBOY, IV #22257
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record and I filed with the the below non-CM/ECF participant:

Travis E. Wilcoxen
U.S. Probation and Pretrial Services Officer
Travis_Wilcoxen@nep.uscourts.gov

s/Martin J. Conboy, IV
MARTIN J. CONBOY, IV
Assistant United States Attorney