4-17-2026

Honorable Judge Rossiter,

Hi my name is Fidel Cardenas Alvarez inmate #52082-509. I'm currently serving a 12 year sentence. My case # 8:21CR181-001. Your honor my question is, "Do I qualify for the 2 point reduction law for being a first time offender or zero point criminal history?" Thank you.

Fidel Cardenas Alvarez
#52082-509

Per Chief Judge Rossiter, Jr., copies of Filing Nos. 188 and 191 were mailed to defendant on May 5, 2026.

COMMITTED NAME: Fidel. Cardenas. Alvarez
REG. NO. & QTRS.: 52082-509 UNIT. H-23
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
21 APR 2026 PM







Honorable Judge Rossiter
111 South 18 Plaza #3141
Omaha, NE 68102

RECEIVED

MAY 4 2026

ROBERT F. ROSSITER, JR.
U.S. District Judge